UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
RVIN REYES, ISRAEL CORTEZ CRUZ,
EDISON AGUIRRE, BENIGNO PERALTA, JR.
GERRY ROXAS, AIRES BAYABORDA,
BENCHER MONTEBON, ARNIEL GOMEZ
And SHERIDAME GARCIA, Individually and on
Behalf of All Others Similarly Situated,                **NOTICE OF MOTION**

                                                    13-Civ-9051 (NSR)
                              Plaintiffs,

    -Against-


CITY OF RYE, RYE GOLF CLUB, RM STAFFING &
EVENTS, INC., MORRIS YACHT AND BEACH CLUB,
INC. and SCOTT YANDRASEVICH, Jointly and Severally,

                              Defendants.
----------------------------------------------------------------------x

       PLEASE TAKE NOTICE, that upon the Declaration of Simone Pam Handfield, dated May 9, 2014, and the exhibits attached thereto, upon the accompanying Memorandum of Law, and upon all prior proceedings had herein, Defendant Morris Beach and Yacht Club, Inc. will move in this Court at the above captioned Courthouse, located at 300 Quarropas Street, White Plains, New York, on a date to be determined by the Court, for an Order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing all claims against it for failure to state a claim upon which relief may be granted, and such other and further relief as this Court may deem just and proper.

       PLEASE TAKE FURTHER NOTICE, that this action has been referred by this Court for inclusion in the Pilot Project Regarding Case Management Techniques for Complex Civil Cases in the Southern District of New York.  Pursuant to the procedures set

forth in Motion Procedures, section A, Pre-Motion Conferences, sub-section (4)(c), Defendant Morris Yacht and Beach Club, Inc. respectfully requests a conference to address the issues raised by the pending motion.

Dated:   White Plains, New York
         May 9, 2014

                                        Respectfully submitted,

                                        LYONS MCGOVERN, LLP

                                        By: _s/ *Simone Pam Handfield*_____
                                            Simone Pam Handfield
                                            Kyle C. McGovern
                                            Desmond C.B. Lyons
                                        399 Knollwood Road, Suite 216
                                        White Plains, NY 10603
                                        Tel: 914-631-1336
                                        Fax: 914-631-1161
                                        (shandfield@lyons-mcgovern.com)
                                        (kmcgovern@lyons-mcgovern.com)
                                        (dlyons@lyons-mcgovern.com)

                                        *Attorneys for Defendant*
                                        *Morris Yacht and Beach Club, Inc.*

To:   Brent Edward Pelton
      Pelton & Associates, P.C.
      111 Broadway
      Suite 1503
      New York, NY 10000
      Attorneys for Plaintiffs

      Kristen Kelley Wilson
      Harris Beach PLLC
      445 Hamilton Avenue
      Suite 1206
      White Plains, NY 10601
      Attorneys for City of Rye
        and Rye Golf Club