Roman, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
RVIN REYES, ISRAEL CORTEZ CRUZ,
EDISON AGUIRRE, BENIGNO PERALTA, JR.
GERRY ROXAS, AIRES BAYABORDA,
BENCHER MONTEBON, ARNIEL GOMEZ
And SHERIDAME GARCIA, Individually and on
Behalf of All Others Similarly Situated,

                                            13-Civ-9051 (NSR)

                     Plaintiffs,

-Against-

CITY OF RYE, RYE GOLF CLUB, RM STAFFING &
EVENTS, INC., MORRIS YACHT AND BEACH CLUB,
INC. and SCOTT YANDRASEVICH, Jointly and Severally,

                     Defendants.
-------------------------------------------------------------------x

## STIPULATION OF **PARTIAL** VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendant Morris Yacht and Beach Club, Inc. that the above-captioned action is voluntarily dismissed without prejudice against the defendant Morris Yacht and Beach Club, Inc. pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i).

Pelton & Associates PC
Attorneys for Plaintiffs

By: _____
Brent E. Pelton, Esq.
111 Broadway, Suite 1503
New York, New York 10006
Tele: (212) 385-9700

Dated: May 20, 2014

Lyons McGovern, LLP
Attorneys for Defendant Morris Yacht
& Beach Club, Inc.

By: _____
Kyle C. McGovern
399 Knollwood Road, Suite 216
White Plains, New York 10603
Tele: (914) 631-1336

Dated: May 20, 2014

So Ordered:

_____ 5/22/14
U.S.D.J.

May 22, 2014
White Plains, NY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/22/2014